# EXHIBIT B

Charted Claims:

Method: 1

Non-method:

| US8719165 | Usage of SwipeSimple Card Reader ("The Accused Product") by Cell IT Plus-Woodforest National Bank ('The defendant') |
|---|---|
| 1. A method for completing, by a customer secure computing device, a secure transaction between a customer and a merchant, wherein the customer is associated with the customer secure computing device and a delegate mobile device, the method comprising: | In the internal testing, the accused product discloses a method for completing, by a customer secure computing device (e.g., card reader), a secure transaction (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device address to identify the merchant, etc. received in the encoded form) between a customer and a merchant, wherein the customer is associated with the customer secure computing device (e.g., card reader) and a delegate mobile device (e.g., Smartphone equipped with SwipeSimple app connected to the card reader via Bluetooth). |

WOODFOREST® NATIONAL BANK

Locations | Contact Us | Careers | español

Search

Quick Links

Personal | Small Business | Commercial | Woodforest Cares | About Us

Home : Small Business : Services : Merchant Services : CELL IT Plus

**Products**

Checking
Savings
Loans
Deposit Interest Rates

**Services**

Investments & Insurance Services
Merchant Services
- CELL IT Plus
- Delta 1st - A Woodforest POS Solution

Business Overdraft Services
Federal Tax Payments
Card Services




**Mobile Processing**

Woodforest Merchant Services offers mobile processing using your smart device[1], CELL IT® Plus, and our EMV®[2] compliant card readers so you can accept card payments wherever you do business[3].

- PCI compliant EMV®[2] card reader
- Accept all major credit and debit cards[4]
- Live customer support available at all branches and technical support available via phone 24/7
- Merchant Foundry (includes 1099K, as well as online account support & sales reporting)
- Track inventory and quickly view sales by day, week, or month
- Only for sole proprietorship business types



https://www.woodforest.com/Small-Business/Services/Merchant-Services/CELL-IT-Plus




https://woodforestcellitplus.com/

## Mobile Processing

- PCI compliant EMV®[2] card reader
- Accept all major credit and debit cards[3]
- Funds available as early as the next business day[4]
- Live customer support available at all branches and technical support available 24/7.
- Merchant Foundry (includes 1099K, as well as online account support & sales reporting)

(1) Data and internet usage rates may apply. EMV refers to Europay, Mastercard®, and Visa®. (2) EMV is a registered trademark owned by EMVCo LLC. (3) CELL IT® Plus Rates apply to Mastercard, Visa, and Discover transactions. Market rates apply to American Express. (4) Next day funding availability subject to approval. CELL IT® Plus services subject to approval.




https://woodforestcellitplus.com/

| | |
|---|---|
| | **II. Merchant Payment Card Agreement Acceptance:**<br><br>EACH PERSON SIGNING BELOW CERTIFIES THAT ALL INFORMATION PROVIDED IN THIS APPLICATION IS TRUE, CORRECT, AND COMPLETE, AND EACH PERSON AGREES AND INTENDS TO BE BOUND BY ALL PROVISIONS SET FORTH IN THIS DOCUMENT, INCLUDING, BUT NOT LIMITED TO THE ONLINE MERCHANT PAYMENT CARD APPLICATION - TERMS AND CONDITIONS, WHICH ARE HEREBY INCORPORATED BY REFERENCE FOR ALL PURPOSES (THE MERCHANT PAYMENT CARD APPLICATION - TERMS AND CONDITIONS CAN BE OBTAINED BY VISITING https://woodforestcellitplus.com/woodforest_cell_it_terms.pdf. Each person authorizes the Bank or any credit reporting agency employed by the Bank or any agent of the Bank, to make whatever inquiries the Bank deems appropriate to investigate, verify or research references, statements or data obtained from the Merchant for the purpose of this application or any application for accompanying POS terminal(s) or equipment financing. An additional copy of the Terms and Conditions will be sent to the business entity indicated above along with the welcome letter upon approval of such business entity to accept payment card by Woodforest National Bank. Pursuant to Section 8.1 of the Terms and Conditions, the initial term is for a length of three (3) years and the Agreement will automatically renew for additional three (3) year periods, unless terminated by any party upon written notice at least thirty (30) days prior to the end of the then existing term. For detailed information related to the termination rights and obligations set forth in this Agreement, see Sections 2.14, 2.15, 2.17, 2.24, 2.27, 2.30, 2.34, 7.2, 7.3, Section 8 in its entirety 10.12 and 10.16, of the<br><br>☐ By checking this box and signing below, I agree to items I-IV above and acknowledge that the MERCHANT PAYMENT CARD APPLICATION - TERMS AND CONDITIONS, which are incorporated into the agreement by reference, can be obtained by visiting https://woodforestcellitplus.com/woodforest_cell_it_terms.pdf. The Internal Revenue Service does not require your consent to any position of this document other than the certification required to avoid backup withholding.<br><br>https://swipesimple.com/onboarding/mcps#clear |




https://home.swipesimple.com/card-readers




https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645

| | |
|---|---|
| | Accept credit card payments on the go - SwipeSimple gives you the tools to take credit card payments anytime, anywhere.<br>HOW IT WORKS:<br>1. In order to start taking payments through SwipeSimple, you must have a SwipeSimple account. If you don't already, sign up for a SwipeSimple account through a verified Reseller. Resellers can be found here: (https://cardflight.com/resources/customers-and-partners/)<br>2. Download the SwipeSimple app.<br>3. Connect to your device to you reader. If you have a Bluetooth reader, connect via the SwipeSimple app, not your phone settings .<br>4. Take your first transaction.<br>KEY FEATURES:<br>Record cash sales.<br>Automatic tax calculation.<br>Automatically prompt for tip (adjustable percentages) and signature.<br>Easily create discounts, either cash or percentage.<br>Real time reporting tools to help you grow and manage your business.<br>View transaction details and track which items are selling well.<br>Keep track of inventory by uploading an existing inventory list to SwipeSimple or by adding items manually through the app.<br>Support for multiple merchant accounts with one login.<br>Able to keep sensitive data separated by using Administrative and User permissions.<br>SwipeSimple is powered by the CardFlight Mobile Payments API (http://cardflight.com)<br>https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645 |

| | |
|---|---|
| | **Operating the Reader**<br><br>**How do I pair with Bluetooth?**<br>To connect to the card reader via Bluetooth Low Energy, please follow the steps below:<br>• Turn the card reader on using the power button on the side of the device<br>• Enable the Bluetooth capability in the settings of your device<br>• Ensure that the reader is turned on -- an indicator light will blink blue above the power button when the device is turned on<br>• Before taking a transaction, the app will scan for available devices, to select your device should find the "Swift XXXX" number which matches your device's serial number<br>    ○ The XXXX number will match the last four digits of your reader's serial number, which can be found on the back of the reader<br><br>**Please note:** The B200 utilizes Bluetooth Low Energy technology which, after the initial pairing process, does not require a pairing process before taking a payment.<br><br>https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |
| acquiring customer delegate mobile device identification information | The accused product discloses acquiring customer delegate mobile device identification information (e.g., Bluetooth address of the smartphone) and secure transaction data (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device address to identify the merchant, etc. received in the encoded form), by the customer secure computing device (e.g., card reader). |

| | |
|---|---|
| and secure transaction data, by the customer secure computing device, comprising: | <br><br>https://home.swipesimple.com/card-readers |




https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645

| | |
|---|---|
| | Accept credit card payments on the go - SwipeSimple gives you the tools to take credit card payments anytime, anywhere.<br>HOW IT WORKS:<br>1. In order to start taking payments through SwipeSimple, you must have a SwipeSimple account. If you don't already, sign up for a SwipeSimple account through a verified Reseller. Resellers can be found here: (https://cardflight.com/resources/customers-and-partners/)<br>2. Download the SwipeSimple app.<br>3. Connect to your device to you reader. If you have a Bluetooth reader, connect via the SwipeSimple app, not your phone settings .<br>4. Take your first transaction.<br>KEY FEATURES:<br>Record cash sales.<br>Automatic tax calculation.<br>Automatically prompt for tip (adjustable percentages) and signature.<br>Easily create discounts, either cash or percentage.<br>Real time reporting tools to help you grow and manage your business.<br>View transaction details and track which items are selling well.<br>Keep track of inventory by uploading an existing inventory list to SwipeSimple or by adding items manually through the app.<br>Support for multiple merchant accounts with one login.<br>Able to keep sensitive data separated by using Administrative and User permissions.<br>SwipeSimple is powered by the CardFlight Mobile Payments API (http://cardflight.com)<br>https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645 |

| | |
|---|---|
| | **Operating the Reader**<br><br>**How do I pair with Bluetooth?**<br><br>To connect to the card reader via Bluetooth Low Energy, please follow the steps below:<br>• Turn the card reader on using the power button on the side of the device<br>• Enable the Bluetooth capability in the settings of your device<br>• Ensure that the reader is turned on -- an indicator light will blink blue above the power button when the device is turned on<br>• Before taking a transaction, the app will scan for available devices, to select your device should find the "Swift XXXX" number which matches your device's serial number<br>  ○ The XXXX number will match the last four digits of your reader's serial number, which can be found on the back of the reader<br><br>**Please note:** The B200 utilizes Bluetooth Low Energy technology which, after the initial pairing process, does not require a pairing process before taking a payment.<br><br>https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |
| receiving, by the customer secure computing device, secure transaction | The accused product discloses receiving, by the customer secure computing device (e.g., card reader), secure transaction data (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device address to identify the merchant, etc. received in the encoded form) associated with a delegated transaction (e.g., current transaction or transaction in discussion), the secure transaction data (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device |

<table>
<tr>
<td>data associated with a delegated transaction, the secure transaction data comprising a merchant identification associated with the merchant;</td>
<td>address to identify the merchant, etc. received in the encoded form) comprising a merchant identification associated with the merchant (e.g., details related to merchant device such as device address to identify the merchant).




https://home.swipesimple.com/card-readers</td>
</tr>
</table>




https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645

| | |
|---|---|
| | Accept credit card payments on the go - SwipeSimple gives you the tools to take credit card payments anytime, anywhere.<br>HOW IT WORKS:<br>1. In order to start taking payments through SwipeSimple, you must have a SwipeSimple account. If you don't already, sign up for a SwipeSimple account through a verified Reseller. Resellers can be found here: (https://cardflight.com/resources/customers-and-partners/)<br>2. Download the SwipeSimple app.<br>3. Connect to your device to you reader. If you have a Bluetooth reader, connect via the SwipeSimple app, not your phone settings .<br>4. Take your first transaction.<br>KEY FEATURES:<br>Record cash sales.<br>Automatic tax calculation.<br>Automatically prompt for tip (adjustable percentages) and signature.<br>Easily create discounts, either cash or percentage.<br>Real time reporting tools to help you grow and manage your business.<br>View transaction details and track which items are selling well.<br>Keep track of inventory by uploading an existing inventory list to SwipeSimple or by adding items manually through the app.<br>Support for multiple merchant accounts with one login.<br>Able to keep sensitive data separated by using Administrative and User permissions.<br>SwipeSimple is powered by the CardFlight Mobile Payments API (http://cardflight.com)<br>https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645 |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |
| receiving, by the customer secure computing device, customer | The accused product discloses receiving, by the customer secure computing device (e.g., card reader), customer delegate mobile device identification information (e.g., Bluetooth address of the smartphone) associated with a customer delegate mobile device (e.g., Smartphone connected to the card reader via Bluetooth) authorized (e.g., by pairing it with the card reader) by the customer for the delegated transaction (e.g., current transaction or transaction in discussion) with the merchant. |

| | |
|---|---|
| delegate mobile device identification information associated with a customer delegate mobile device authorized by the customer for the delegated transaction with the merchant; and | <br><br>https://home.swipesimple.com/card-readers |




https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645

| | |
|---|---|
| | Accept credit card payments on the go - SwipeSimple gives you the tools to take credit card payments anytime, anywhere.<br>HOW IT WORKS:<br>1. In order to start taking payments through SwipeSimple, you must have a SwipeSimple account. If you don't already, sign up for a SwipeSimple account through a verified Reseller. Resellers can be found here: (https://cardflight.com/resources/customers-and-partners/)<br>2. Download the SwipeSimple app.<br>3. Connect to your device to you reader. If you have a Bluetooth reader, connect via the SwipeSimple app, not your phone settings .<br>4. Take your first transaction.<br>KEY FEATURES:<br>Record cash sales.<br>Automatic tax calculation.<br>Automatically prompt for tip (adjustable percentages) and signature.<br>Easily create discounts, either cash or percentage.<br>Real time reporting tools to help you grow and manage your business.<br>View transaction details and track which items are selling well.<br>Keep track of inventory by uploading an existing inventory list to SwipeSimple or by adding items manually through the app.<br>Support for multiple merchant accounts with one login.<br>Able to keep sensitive data separated by using Administrative and User permissions.<br>SwipeSimple is powered by the CardFlight Mobile Payments API (http://cardflight.com)<br>https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645 |

# Operating the Reader

## How do I pair with Bluetooth?

To connect to the card reader via Bluetooth Low Energy, please follow the steps below:

- Turn the card reader on using the power button on the side of the device
- Enable the Bluetooth capability in the settings of your device
- Ensure that the reader is turned on -- an indicator light will blink blue above the power button when the device is turned on
- Before taking a transaction, the app will scan for available devices, to select your device should find the "Swift XXXX" number which matches your device's serial number
    - The XXXX number will match the last four digits of your reader's serial number, which can be found on the back of the reader

**Please note:** The B200 utilizes Bluetooth Low Energy technology which, after the initial pairing process, does not require a pairing process before taking a payment.

https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |
| storing, by the customer secure computing device, the | The accused product discloses storing, by the customer secure computing device (e.g., the card reader), the secure transaction data (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device address to identify the merchant, etc. received in the encoded form) and customer delegate mobile device identification information (e.g., Bluetooth address of the smartphone). |

| | |
|---|---|
| secure transaction data and customer delegate mobile device identification information; and | The card reader stores the credit card number, Bluetooth address of the smartphone in its memory to complete the delegated transaction.<br><br><br>https://home.swipesimple.com/card-readers |




https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645

| | |
|---|---|
| | Accept credit card payments on the go - SwipeSimple gives you the tools to take credit card payments anytime, anywhere.<br>HOW IT WORKS:<br>1. In order to start taking payments through SwipeSimple, you must have a SwipeSimple account. If you don't already, sign up for a SwipeSimple account through a verified Reseller. Resellers can be found here: (https://cardflight.com/resources/customers-and-partners/)<br>2. Download the SwipeSimple app.<br>3. Connect to your device to you reader. If you have a Bluetooth reader, connect via the SwipeSimple app, not your phone settings .<br>4. Take your first transaction.<br>KEY FEATURES:<br>Record cash sales.<br>Automatic tax calculation.<br>Automatically prompt for tip (adjustable percentages) and signature.<br>Easily create discounts, either cash or percentage.<br>Real time reporting tools to help you grow and manage your business.<br>View transaction details and track which items are selling well.<br>Keep track of inventory by uploading an existing inventory list to SwipeSimple or by adding items manually through the app.<br>Support for multiple merchant accounts with one login.<br>Able to keep sensitive data separated by using Administrative and User permissions.<br>SwipeSimple is powered by the CardFlight Mobile Payments API (http://cardflight.com)<br>https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645 |

| | |
|---|---|
| | **Operating the Reader**<br><br>**How do I pair with Bluetooth?**<br><br>To connect to the card reader via Bluetooth Low Energy, please follow the steps below:<br>• Turn the card reader on using the power button on the side of the device<br>• Enable the Bluetooth capability in the settings of your device<br>• Ensure that the reader is turned on -- an indicator light will blink blue above the power button when the device is turned on<br>• Before taking a transaction, the app will scan for available devices, to select your device should find the "Swift XXXX" number which matches your device's serial number<br>    ○ The XXXX number will match the last four digits of your reader's serial number, which can be found on the back of the reader<br><br>**Please note:** The B200 utilizes Bluetooth Low Energy technology which, after the initial pairing process, does not require a pairing process before taking a payment.<br><br>https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |




https://www.youtube.com/watch?v=Uboq9OFUNYE

# Overview

**The Swift B200:** a compact, durable, low cost card reader that enables you to accept mobile payments with EMV chip cards and magnetic stripe cards without the use of an audio jack.

**The Swift B200** increases ease of use through features such as Bluetooth Low Energy, meaning there is no need to pair the card reader to a device, simply select the desired card reader from a shortlist of options before running a transaction. The Swift devices are compatible with Android devices running OS version 5.0 and above, and iOS devices running iOS version 9.0 and above.




© 2017 CardFlight, Inc. Version 2017.5



SwipeSimple

https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |
| subsequent to acquiring customer delegate mobile device identification | The accused product discloses subsequent to acquiring customer delegate mobile device identification information (e.g., Bluetooth address of the smartphone) and secure transaction data (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device address to identify the merchant, etc. received in the encoded form) by the customer secure computing device (e.g., the card reader), automatically completing the secure transaction, by the customer secure computing device (e.g., the card reader), in response to receiving a |

| | |
|---|---|
| information and secure transaction data by the customer secure computing device, automatically completing the secure transaction, by the customer secure computing device, in response to receiving a communication from the identified previously authorized customer delegate mobile device, comprising: | communication (e.g., authentication for the delegated transaction via customer's signature) from the identified previously authorized customer delegate mobile device (e.g., smartphone).<br><br>After the card reader receives the authentication for the delegate transaction via customer's signature from the smartphone, it automatically starts initiating payment to the merchant.<br><br><br><br><br>https://home.swipesimple.com/card-readers |




https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645

| | |
|---|---|
| | Accept credit card payments on the go - SwipeSimple gives you the tools to take credit card payments anytime, anywhere.<br>HOW IT WORKS:<br>1. In order to start taking payments through SwipeSimple, you must have a SwipeSimple account. If you don't already, sign up for a SwipeSimple account through a verified Reseller. Resellers can be found here: (https://cardflight.com/resources/customers-and-partners/)<br>2. Download the SwipeSimple app.<br>3. Connect to your device to you reader. If you have a Bluetooth reader, connect via the SwipeSimple app, not your phone settings .<br>4. Take your first transaction.<br>KEY FEATURES:<br>Record cash sales.<br>Automatic tax calculation.<br>Automatically prompt for tip (adjustable percentages) and signature.<br>Easily create discounts, either cash or percentage.<br>Real time reporting tools to help you grow and manage your business.<br>View transaction details and track which items are selling well.<br>Keep track of inventory by uploading an existing inventory list to SwipeSimple or by adding items manually through the app.<br>Support for multiple merchant accounts with one login.<br>Able to keep sensitive data separated by using Administrative and User permissions.<br>SwipeSimple is powered by the CardFlight Mobile Payments API (http://cardflight.com)<br>https://apps.apple.com/us/app/swipesimple-credit-card-point/id840326645 |

| | |
|---|---|
| | **Operating the Reader**<br><br>**How do I pair with Bluetooth?**<br><br>To connect to the card reader via Bluetooth Low Energy, please follow the steps below:<br><br>• Turn the card reader on using the power button on the side of the device<br>• Enable the Bluetooth capability in the settings of your device<br>• Ensure that the reader is turned on -- an indicator light will blink blue above the power button when the device is turned on<br>• Before taking a transaction, the app will scan for available devices, to select your device should find the "Swift XXXX" number which matches your device's serial number<br>    ○ The XXXX number will match the last four digits of your reader's serial number, which can be found on the back of the reader<br><br>**Please note:** The B200 utilizes Bluetooth Low Energy technology which, after the initial pairing process, does not require a pairing process before taking a payment.<br><br>https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=Uboq9OFUNYE |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

# Overview

**The Swift B200:** a compact, durable, low cost card reader that enables you to accept mobile payments with EMV chip cards and magnetic stripe cards without the use of an audio jack.

**The Swift B200** increases ease of use through features such as Bluetooth Low Energy, meaning there is no need to pair the card reader to a device, simply select the desired card reader from a shortlist of options before running a transaction. The Swift devices are compatible with Android devices running OS version 5.0 and above, and iOS devices running iOS version 9.0 and above.




© 2017 CardFlight, Inc. Version 2017.5

3

SwipeSimple

https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf

| | |
|---|---|
| |  https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |

<table>
<tr>
<td></td>
<td>

https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s</td>
</tr>
<tr>
<td>receiving, by the customer secure computing device, a communication</td>
<td>The accused product discloses receiving, by the customer secure computing device (e.g., the card reader), a communication (e.g., authentication for the delegated transaction via customer’s signature) from the identified previously authorized customer delegate mobile device (e.g., smartphone).</td>
</tr>
</table>

| | |
|---|---|
| from the identified previously authorized customer delegate mobile device; |  <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

# Overview

**The Swift B200:** a compact, durable, low cost card reader that enables you to accept mobile payments with EMV chip cards and magnetic stripe cards without the use of an audio jack.

**The Swift B200** increases ease of use through features such as Bluetooth Low Energy, meaning there is no need to pair the card reader to a device, simply select the desired card reader from a shortlist of options before running a transaction. The Swift devices are compatible with Android devices running OS version 5.0 and above, and iOS devices running iOS version 9.0 and above.




© 2017 CardFlight, Inc. Version 2017.5



SwipeSimple

https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf




https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |
| checking, by the customer secure computing device, a status identifier in the | The accused product discloses checking, by the customer secure computing device, a status identifier in the communication (e.g., authentication for the delegated transaction via customer's signature) from the identified previously authorized customer delegate mobile device (e.g., smartphone). |

| | |
|---|---|
| communication from the identified previously authorized customer delegate mobile device; and | <br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

# Overview

**The Swift B200:** a compact, durable, low cost card reader that enables you to accept mobile payments with EMV chip cards and magnetic stripe cards without the use of an audio jack.

**The Swift B200** increases ease of use through features such as Bluetooth Low Energy, meaning there is no need to pair the card reader to a device, simply select the desired card reader from a shortlist of options before running a transaction. The Swift devices are compatible with Android devices running OS version 5.0 and above, and iOS devices running iOS version 9.0 and above.




© 2017 CardFlight, Inc. Version 2017.5

3

SwipeSimple

https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |
| automatically initiating, by the customer secure computing device, using | The accused product discloses automatically initiating, by the customer secure computing device (e.g., the card reader), using the secure transaction data (e.g., Data required to complete the delegated transaction such as Credit Card number, expiry date, CVV, details related to merchant device such as device address to identify the merchant, etc. received in the encoded form), payment to the merchant by the customer secure computing device in response to receiving the communication (e.g., authentication for the delegated transaction via customer's signature) from the identified previously authorized customer delegate mobile device (e.g., smartphone), when the status identifier indicates that the delegated transaction (e.g., current |

| | |
|---|---|
| the secure transaction data, payment to the merchant by the customer secure computing device in response to receiving the communication from the identified previously authorized customer delegate mobile device, when the status identifier indicates that the delegated transaction is complete. | transaction or transaction in discussion) is complete (e.g., when the authentication from the smartphone is completed, delegated transaction is automatically initiated to be transferred to the merchant account).<br><br>After the card reader receives the authentication for the delegate transaction via customer's signature from the smartphone, it automatically starts initiating payment to the merchant. The payment only initiates to the merchant when the signature is correctly received.<br><br><br>https://www.youtube.com/watch?v=Uboq9OFUNYE |

# Overview

**The Swift B200:** a compact, durable, low cost card reader that enables you to accept mobile payments with EMV chip cards and magnetic stripe cards without the use of an audio jack.

**The Swift B200** increases ease of use through features such as Bluetooth Low Energy, meaning there is no need to pair the card reader to a device, simply select the desired card reader from a shortlist of options before running a transaction. The Swift devices are compatible with Android devices running OS version 5.0 and above, and iOS devices running iOS version 9.0 and above.




© 2017 CardFlight, Inc. Version 2017.5 3 SwipeSimple

https://s3.amazonaws.com/helpjuice-static/helpjuice_production%2Fuploads%2Fupload%2Fimage%2F3872%2Fdirect%2F1530633886981-SwipeSimple-Swift-B200-Userguide.pdf




https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Xq-6VukLX-M&t=44s |